**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ibrahim Sheku Bangura            CHAPTER 7
       Emily Cassandra Bangura
            Debtor(s)            BKY. NO. 23-13638 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of loanDepot.com, LLC and index same on the master mailing list.

                                    Respectfully submitted,

                                    /s/ *Michael Farrington*
                                    Michael Farrington
                                    06 Dec 2023, 17:26:46, EST

                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322