**Fill in this information to identify your case:**

Debtor 1: Ibrahim Sheku Bangura
(First Name / Middle Name / Last Name)

Debtor 2: Emily Cassandra Bangura
(Spouse if, filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA, READING DIVISION

Case number (if known): 4:23-bk-13638

☐ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X /s/ Ibrahim Sheku Bangura
Ibrahim Sheku Bangura
Signature of Debtor 1

Date: December 27, 2023

X /s/ Emily C. Bangura
Emily Cassandra Bangura
Signature of Debtor 2

Date: December 27, 2023