# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | Chapter 7 |
| IBRAHIM S. BANGURA    and : | |
| EMILY C. BANGURA : | CASE NO.:  4:23-BK-13638 |
| Debtor : | |
| : | |

## CERTIFICATE OF SERVICE

I, Shawn J. Lau, of Lau & Associates P.C. do hereby certify that I am serving a true and correct electronic copy of the updated and amended copy of following documents:

a) "Declaration About an Individual Debtor's Schedules;"

b) "Schedule A/B: Property" and

c) "Statement of Financial Affairs for individuals filing for Bankruptcy"

to the person(s) and in the manner indicated below, which service satisfies the requirements of the Pennsylvania Rules of Civil Procedure, on the 28th day of December, 2023, upon the following party:

**United States Trustee**
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

**Michael Patrick Farrington**
on behalf of Creditor loanDepot.com, LLC
mfarrington@kmllawgroup.com

**Christine C. Shubert**
821 Wesley Avenue
Ocean City, NJ 08226
christine.shubert@comcast.net, J100@ecfcbis.com

Date: December 28, 2023               By: /s/ Shawn J. Lau, Esquire
                                      Shawn J. Lau, Esq.
                                      LAU & ASSOCIATES, P.C.
                                      4228 St. Lawrence Avenue
                                      Reading, PA 19606