Certificate Number: 17572-PAE-DE-038165059

Bankruptcy Case Number: 23-13638



17572-PAE-DE-038165059

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2024, at 5:17 o'clock PM PST, Ibrahim Sheku Bangura completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 6, 2024                By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor