Certificate Number: 17572-PAE-DE-038165594

Bankruptcy Case Number: 23-13638



17572-PAE-DE-038165594

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 6, 2024, at 7:52 o'clock PM PST, Emily Cassandra Bangura completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 6, 2024            By:    /s/Judy Alexander

                                   Name:  Judy Alexander

                                   Title: Counselor